UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RD EXPEDITED, INC.

    Plaintiff,

v.                                        Case No. 1:22-cv-03323

WESCO INSURANCE COMPANY,

    Defendant.

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff RD Expedited, Inc. and Defendant Wesco Insurance Company, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action without prejudice. The parties request that the Clerk of Court now close this case.

Respectfully submitted,

This 18th day of May, 2023.

**HUSCH BLACKWELL LLP**

By: s/ *Dieter J. Juedes*
Dieter J. Juedes (WI State Bar No. 1088880)
(*Pro hac vice*)
Kayla Schmidt (ARDC No. 6329688)
Anne V. O'Meara (WI State Bar No. 1103823)
(*Pro hac vice*)
HUSCH BLACKWELL LLP
120 South Riverside Plaza
Chicago, IL 60606
Telephone: (312) 655-1500
Fax: (312) 655-1501
dieter.juedes@huschblackwell.com
kayla.schmidt@huschblackwell.com
anne.omeara@huschblackwell.com

*Attorneys for Plaintiff, RD Expedited, Inc.*

| | |
|---|---|
| Respectfully submitted, | **KENNEDYS CMK** |
| This 18th day of May, 2023. | By: s/ *James J. Hickey*_____ |
| | James J. Hickey (ARDC No. 6198334) |
| | Julie Klein (ARDC No. 6316842) |
| | 100 Riverside Plaza, Suite 2100 |
| | Chicago, IL 60606 |
| | Telephone: (312) 800-5000 |
| | Fax: (312) 207-2110 |
| | James.hickey@kennedyslaw.com |
| | Julie.klein@kennedyslaw.com |
| | |
| | ***Attorneys for Defendant, Wesco Insurance Company*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2023, I filed the foregoing with the United States District Court for the Northern District of Illinois using the e-filing system, which will send notice to all counsel and parties of record.

By: s/ *Dieter J. Juedes*
Dieter J. Juedes (WI State Bar No. 1088880)
(*Pro hac vice*)