**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

RD Expedited, Inc
         Plaintiff,

v.                Case No.: 1:22−cv−03323
                Honorable Franklin U. Valderrama

Wesco Insurance Company
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 19, 2023:

  MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to the parties' joint stipulation for dismissal without prejudice [34] and pursuant to Federal Rule of Civil Procedure 41(a), this case is dismissed without prejudice. Civil case terminated. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.